RECEIVED

DEC 0 6 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

In the United States District Court for the Western District of Tennessee Western Division of Shelby County 30th Judicial District at Memphis

Courtney Perry
Trousdale. Turner. Industry. Complex
Courtney Perry

District: Western
A.G. File # ATS261
Booking No. # 00506157

VS.

Shelby County Criminal Justice Center prosecutor's office

West. Tennessee. Forensic. Service, Inc

Petition for Invidious Discrimination or Suffering from Defect Viability Mental Health of a Severe Mental Disease for Summary of Judgment of Government Prosecutor Misconduct of Judgment

Comes now the petitioner, **Courtney Perry**, A pro-se state inmate and would respectfully move this honorable Court to grant to petitioner his petition to issue [1] the basic concept embodied under the Amendments Document or merits of an article Equipments subtantives of the wholly Commensurate of the Statute or Equity important complex Constitutional Viability (Decision of a agreement) (see Ex), Zurcave v. perry, 572 F.2d 82, 53 (2nd cir. 1978); Berryhill v. Schriro, 137 F.3d 1073 (8th Cir 1998)

Body of the Facts

1). Grun v. Grun, 293 S.W. 3d 445 (2009)

1). Debbie Nichols
Forensic Coordinator
1835 Union Avenue, Suite 101
Memphis, Shelby County
Tennessee, 38104
(901) 729-2410

2) Bill Odom / Tony Armstrong
Sherriff Office / Memphis Police Dept.
Memphis, Shelby County
Tennessee, 38103
(901) 545-5330

3) Jennifer Nichols
Assistance Prosecutor
201 Poplar Avenue, Suite 301
Memphis, Shelby County
Tennessee, 38103
(901) 222-1300

4) L. Fowler
Prosecutor
201 Poplar Ave, Suite 301
Memphis, Shelby County
Tennessee, 38103
(901) 222-1300

The Williams Act.

A Federal Statute, Enacted in 1968, that Amended the Securities Exchange Act of 1934 by requiring investors who own more than 5% of a company's stock to furnish certain information to the S.E.C. and to comply with certain requirements when making a tender.

§ Title 28 Judiciary and Judicial procedure 2020 ed.

§ 2461 Mode to Recovery

(A) Whenever a civil fine, penalty or pecuniary forfeiture is prescribed for the violation of an act of Congress without <u>specifying</u> the mode of recovery or enforcement thereof, it may be recovered in a civil Action.

T.C. Annotated To justify reopening the the first post conviction petition
46-30-117 (A) A State or federal appellate Court has issued a final ruling establishing a Constitutional right that was not recognized as existing at the time of the trial but now is required to be recognized and applied in your case

See: Arizona rule barring relief on a claim;
Rule. Crim. proc. 32.2 (A)(3)

§ 2674 Liability of United States; the United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest prior to (judgment) or for punitive damages

§ 4001 Assumption of Certain Contractual Obligations
(2) For purposes of paragraph 2(3)A,

"knows or has reason to know" means any of the following:
(A) Actual knowledge, that the Collective bargaining agreement was or will be applicable to the motion picture

The Due process clause of the Fourteenth Amendment requires a fair trial Tribunal before a judge with no actual {Bias} against a defendant or an interest in the outcome of the case Citing; Burnett v. Bell 2:08-CV-11901, 2010 WL 2084355 at {E.D. Mich. May 24, 2010}; Bracy v. Gramley, 520 U.S. 899, 904-05, 117 S.Ct. 1793, 138 L.Ed.2d 97 {1997}

§ 2254 {State Custody}, Remedies in Federal Court {1949} Act May 24, 1949 Substituted "3142 for 3041" in second par.

Hall, reduction of Criminal Sentences on appeal, 37 Col. L. Rev. 521, 762 {1937} The existence of such power may seem the more desirable in these days when, in the recent words of the Supreme Court, retribution of offenders have become important goals of Criminal jurisprudence. In England, Canada, and in several of our states, upper Courts have held that may revise Sentences while affirming Convictions Williams v. New York, 337 US. 241, 93 L.Ed. 1337, 64 S.Ct. 1079 {Denies him due process or violates the Equal protection clause of the Fourteenth Amendment} Res-Nova; An undecided question of law {2} A Case of first impression

See; Brock v. Brock, 913 S.W.2d at 167, it is of little Consequence who signed or wrote the Checks when the account on which the Checks where drawn Contained both parties "Earnings"

The Federal Farmer particularly feared the Combination of equity and Law in the Same federal Courts; "It is a very dangerous thing to vest in the Same judge power to decide on the law, and also general powers in equity". For if the law restrain him, he is only to step into his shoes of Equity}; 3 Blackstone at 440-441; NAACP v. Button, 371 U.S. 415, 430-431, 83 S.Ct. 328, 336-337, 9 L.Ed.2d 405; So it Could be held, quite apart from the Fourth Amendment, that any probing into the area of {opinions} and beliefs Would be barred by the first Amendment

Corpus-Cum-Causa

{Clearly Erronus Findings Educate All}

See: Taylor v. Mich. Dept of Correction, 69 F.3d 76 (6th Cir. 1995) Fox v. Cheminova, 213 F.R.D. 113, 122 (E.D.N.Y. 2003); St. Louis v. Praepagroto: K, 485 U.S. 112, 127, 108 S.Ct. 985 (1988) Impracticality of Joinder include; judicial economy achieved from the avoidance of Multiple Concurrent actions; the geographic dispersion of Members of the Class; the relative financial Resources of the class members; the ability of claims to {Institute} Individual Actions and any Requests for prospective or injunctive relief affecting future class members.

### Prisoner' Litigation

Spillman v. Hopper, 95 F. Supp. 2d 1267, 1283 N.28 (M.D. Ala 1999); Noting Literature distinguishing experience of experience of Reading Radio from that of T.V. Radio; 42 U.S.C. § 1997; Civil Rights of Institutionalized Person Act. This statute permits the federal government to bring lawsuits on behalf of prisons in other (Institutions) such as Mental Hospitals under Certain Limited Circumstances; Taylor v. Mich Dept of Correction, 69 F.3d 76 (6th Cir 1995), State v. Proffitt, 1999 WL 349699 (Tenn. Crim. App. 1999) Doctrine of Diminished Capacity applies to all offenses in which the state is Required to prove Specified mens rea, including "Knowing" - offenses

quoting also: Berryhill v. Schriro, 137 F.3d 1073 (8th Cir. 1998), Wood v. Davis, 852 F.3d 1205 (9th Cir.), Superseded, 865 F.2d 982 (9th Cir. 1988), Vacated, 880 F.2d 1011 (9th Cir. 1989) Root v. Wadsworth, 150 U.S. 401, 410-411, 14 S.Ct. 136 (1893)(1983) it is well settled that a Court of equity has jurisdiction to Carry into effect is own orders, decrees and judgments

### Circle of Embodyment Law

U.S. Const. 6 Amendment; Tenn. Const. Art. 1 § 9
Tenn. Code Ann § 40-30-115

After examining that oral argument would Not Materially {Ressist} the determination of his appeal See; Fay v. Noia, 372 U.S. 391 400 83 S.Ct 822. 9 L.Ed. 2d 837 (1965)

quoting also; Inouye v. Kemna, 504 F.3d 705 720 (9th Cir. 2007) holding that a parolee Cannot be Coerced into A treatment program that has provided religious overtones including adherences to {God}, A higher power and prayer

Evelle J. Younger v. John Harris, 401 US 37, 27 L.Ed 2d 669, 91 SCT 746 quoted from; Beyond all this another, more basic Consideration. Procedures for testing the Constitutionality of a Statute "on its face" in the manner apparently Contemplated by Dombrowski, and for the enjoining all action to enforce the statute until the state can obtain Court approval for a {Modified} Version, are Fundamentally at odds with the function of the Federal Courts in our Constitutional plan.

Mr. Justice Stewart (,) with whom Mr. Justice Harlan

In all of these cases, the [401 US 55] with the proper policy to be followed by a Federal Court when asked to intervene by injunction or Declaratory Judgment is a Criminal prosecution which is Contemporaneously pending in a State Court

[401 US 58]
See 281 F Supp 507, 516. It is true, as the Court below pointed out, the "[W]ell-intentioned prosecutors and judicial Safeguards do not neutralize the Vice of a Vague law." See also; Baggett v. Bullitt, 377 US. 360, 373, 12 L.Ed 2d 377, 386, 84 S.Ct 1316 (1964)

quoting; U.S. Attorney' Manual 9-2.031. As indicated above, Ruiz's State Case against prosecution has been placed on the dismissal docket. Ruiz has not been acquitted or Convicted; Nor has the state Case against him been terminated on the merits after jeopardy has attached

1. Ripeness is a justiciability Doctrine designed to avoid premature Decisions. Whether a dispute is ripe for judicial Review depends on (1) the fitness of the issues for judicial Decision and (2) the hardship to the parties of withholding Court Consideration. A Claim is Not ripe for judicial Decision if it invades future events that may occur or questions that have not yet been factually Concrete enough for a Court to Decide

LanCave v. Perry; 572 F. 2d 52, 53 (2nd Cir .1978)
Warden. Md. Penitentiary, V. Hayden, 387 US. 294, 87 S.Ct. 1642 18.L.Ed 2d 782 (1967)

Before the adoption of a One year Statute of limitation is the Anti-terrorism and Effective Death Penalty Act of 1996, 110 Stat. 1214 [ See rule [2] C [2] Changes Made After Publication and Comments; 552 F. Supp. 1052; 1982 U.S. District. Lexis 16298

The distinction between [1]uration] of Confinement and [Condition] of Confinement May be difficult to draw, Compare, Preiser v. Rodriguez, 411 U.S. 475 [1973]

The Committee Changed rule 2[C]12 to read " States the Facts" rather than [sic] Briefly Summarize the facts.

Which means the act must have a Common Scheme, plan, Motive, or Similar Characteristics, The term " through" requires only a Sufficient nexus between the racketeering activities and the affairs of the enterprise § 39-12-204 also quoting;

Costello V. U.S. [1956] is the seminal Supreme Court ruling on defense Challenge to a Federal grand jury indictment based on the [alleged]"incompetency or insufficiency of the evidence before the grand jury, See, Hicks v. State, 534 S.W. 2d 872 [Tenn. Crim. App. 1975] Section 201[H] of Comprehensive Drug Abuse Prevention and Control Act of [1970], 21 U.S.C.A. § 801 et. seq does not unconstitutionally delegate legislative power to the Attorney General [An Executive Branch Official] to schedule drugs on a temporary [Basis] or to subdelegate this [authority] to the Drug Enforcement Administration, Touby v. U.S. 500 us. 160, 111. S.Ct 1752, 114 L.Ed. 2d. 219 [1991]; United States v. Hughes A. Bayley, 473 U.S. 667, 105 S.Ct. 3375. 87 L. Ed, 2d. 481, 53 USL [W3,5084

1254§  The effect of Subsection (1) and [3] of the revised Section is to preserve existing laws and retain the power of unrestricted review of cases certified or brought upon Certiorari. Only in Subsection [2] is review restricted changes were made in phraseology and Arrangement See, § 27-348 [Activities state remedies in Federal Courts [1949] P.C. T. May 24, 1949 Substituted "3042 for 3041" in second par

Acts 1989, Ch. 591 § 6, 1999, Ch. 187 § 1, 2001, Ch. 334, 38

Hall, reduction of Criminal Sentences on Appeal, 37 Col. L. Rev. 521, 762 (1937). The existence of such power may seem the more desirable in these days where, in the recent words of the Supreme Court, Retribution of Offenders have become important goals of Criminal jurisprudence. In England, Canada, and in several of our states upper Courts have held that may reverse sentences while affirming Convictions — Williams v. New York, 337 U.S. 241, 93 L. Ed 1337, 64 S.Ct 1079 (1) denies him due process or violates the Equal protection Clause of the Fourteenth Amendment Res. Nova

(1978 U.S. App. Lexis 11) A brief review of exemplary damages Verdicts in the quite relevant, Albeit more traditional, field of intentional torts demonstrates that the award here is not unprecedented. Over twenty years ago, this Court upheld a $100,000 punitive award against an individual in a libel case where the actual damages were found to be one dollar, Reynolds v. pegler, 223 F.2d 429 (2nd Cir.) cert. denied, 350 U.S. 846, 100 L.Ed. 754, 76 S.Ct. 80 (872 F.2d 56) 1955; also See

Zarcon v. Perry 572 F.2d 52, 53 (2nd Cir. 1978) The "Historic range" of punitive damages awards in Civil rights actions is only $500-$2500; The jury in a Civil rights action already has wide latitude in awarding Compensatory damages, and a Substantial Compensatory award (here $80,000) must already reflect "A punitive element", A substantial punitive damages award in a Civil right actions" pursues the intent of the civil rights statute, which was to end racial discrimination

Wherefore, premises Considered, petitioner prays this honorable Court will grant his Complaint for Violation of Civil rights. Because when the state or County is hirable it is so prayed. See; Tenn Code Ann. 39-14-104

quoting; Blackmon v. Norris, 775 S.W. 2d. 367

{B} In analyzing the second prong of the test for trademark infringement, Courts apply the non-exclusive multi-factor test developed by Judge Friendly in {Polaroid Corp v. Polarad Electronics Corp, 287 F.2d 492, 495 (2nd Cir 1961)}, and consider, {1} the strength of the mark, {2} the Similarity {2006 U.S. App. Lexis 18} of the two marks, {3} the proximity of the products, {4} Actual Confusion, {5} the likelihood of plaintiff's Bridging the gap, {6} defendants good faith in adopting its mark, {7} the quality of defendant's products, and {8} the Sophistication of the Consumers.

quoting
Brady v. Maryland, 373 U.S. 83, 10 L.Ed.2d 215, 83 S.Ct 1194
Minnesota v. National Tea Co, 309 U.S. 551, 84 L.ed 920, 60 S.Ct 676

But in any event, there is no Cross-petition by the state, nor has it challenged the Correctness of the ruling below that a New trail or punishment was called for by the requirements of due process & whether denying him a New trial on guilt as well as punishment deprives him of equal protection. There is thus a Federal question to deal with in this Court, cf. Bell v. Hood, 327 U.S. 678, 90 L.Ed 939, 66 S.Ct 773, 13 ALR 2nd 838

2 Section {645} provides in part; if the Courts finds in favor of the petitioner, it shall enter an appropriate order with respect to the judgment or Sentence in the former proceedings, and any Supplementary orders as to rearraignment, retrial, custody, bail, discharge, correction of Sentence, or Other Matters that may be Necessary and proper. Rule 870 provides that the Court of Appeals" will either affirm or reverse the judgment from which the appeal was taken, or direct the Manner in which it shall be Modified, Changed or amended

{See, State v. Todd, 654 S.W. 2d 379 (1983)}
Defendant insisted, and the Court of Criminal Appeals agreed, that he had been placed in jeopardy on the Voluntary Manslaughter charge and could not thereafter be tried for Second degree Murder. The Court held that the trial judge accepted defendant's plea to the Voluntary Manslaughter charge when he Ordered the charge reduced. While we agree that acceptance of defendant's plea on the Manslaughter charge would be {tantamount} to a Conviction {see Brooks v. State, 187 Tenn. 67, 213 S.W. 2d 7, {1948} and would bar defendant's subsequent prosecution on the greater second degree Murder charge {see Brown v. Ohio, 432 U.S. 161, 97 S.Ct 2221, 53 L.Ed. 2d 187 {1977} here that the trial court accepted defendant's plea

In a Non jury trial, As in this Case, jeopardy Attaches When a defendant is placed on trial (1) on an indictment, presentment or other charging instrument; (2) Before a Court of Competent jurisdiction; (3) Before a Competent judge who is present and ready to sit as a trier of the facts; (4) After a valid waiver is executed by the defendant; (5) After the entry of His plea, and (6) After the witnessess are sworn, whether they be sworn singly or in a group

Corpus Juris Anglice (1954)
The entire body of english law, Comprising the Common law, Statutory law, equity and Special law in its various forms

The pages of history shine on instances of the jury's exercise of its prerogative to disregard Instruction of the judges

Executive Order 10834 August 21, 1959 24 F.R. 6865 issued by Dewight David Eisenhower

A sovereign is exempt from Suit, Not because of any formal Conception or obsolete theory, But on the logical and practical ground that there Can Be No legal right as against the Authority that makes the law on which the right depends

McElory v. State, 146 Tenn 442, 242 S.W. 883, 884-885 (1922)

U.S.C.A 14 amendments Art 1 §8
U.S.C.A 6 Amendment Art 1 §9

Pennsylvania v. Kasey, 505 U.S. 883 (1992) quoting Roe V. Wade, 410 U.S. 113, 163-65, 93 S.Ct. 705 (1973)

Lex non are omnes alloquitur
Article 1 Section 19 of Declaration of Rights

U.S.C.A Section 1,2,3, of Article XXI
Chapter 35, Tennessee Criminal Sentencing Reform Act of (1989)

2241 § Power to grant Writ

{1} He is in Custody under or by Color of the authority of the United States or is Committed for trial before some Court thereof; or

(2) He is in Custody for an {act} done or Omitted in pursuance of a act of Congress, or an Order, process, judgment or decree of a Court or judge of the United States; or

{3} He is in Custody in Violation of the Constitution or laws or treaties of the United States; or

{4} He, being a Citizen of a foreign State and domiciled therein is in Custody for an act done or omitted under any {alleged Right}, title, authority, privilege, protection, or exemption Claimed under the Commission order or Sanction of any foreign state, or under Color thereof, the Validity and effect of which depend upon the law of nations; or

(5) It is necessary to bring him into Court to testify or for trial

Section Consolidates Sections 451, 452 and 453 of title 28. U.S.C., 1940 ed., With Changes in phraseology necessary to effect the Consolidation. [Words "for the purpose of an inquiry into the "Cause of Restraint of liberty" in Section 452 of title 28. U.S.C., 1940 ed., Were Omitted as merely descriptive of the Writ

for a purpose (opportunity) Specified including Substantially the Deliberate - indifference Notified to extend and Construct the equity prosperous presentation for the Community implementation whereby Subject of Certain functions - Tennessee jurisprudence

Pertinent of the facts [ The Chancellor Brought the Declaratory Validity Authority} infractions proposition permanently prerequisite to reflect the (Opaque) type of {Equivalent} Subject Omission by political Constitution by Legislature and justice to Support {Dignum, quamvis} the full importance, Declaration of the universal Rule of Law

quoated by A jailhouse Lawyer's Manual {11ᵉᵈ}
Columbia Human Rights Law Review

Noting that in appropriate cases, both Nominal and punitive damages may be awarded for a violation of Constitutional rights without an Accompanying injury

42 U.S.C. § 1501
42 U.S.C. § 1983

Allah v. Al-Hafeez, 226 F.3d 247, 251 (3rd Cir 2000)
People v. Byrdsong, 161 Misc. 2d 232, 236, 613 N.Y.S. 2d 545 (Sup. Ct. Queens County 1994) Declaring that a post-Conviction Motion filed Nineteen years after trial and Seven years after appeals was, in the interest of finality, too long delayed to permit further litigation... Circle of Law (Embodyment)...

U.S. Const. 6 Amendment; Tenn Const. Art 1 §9, quoted in Wilcoxson v State 22 S.W. 3d 289 (Tn. 1999) However, writs of Habeus Corpus are intended to afford a swift and imperative remedy in all cases of illegal restraint or Confinement; After examining the brief and appellate record this panel has determined unanimously that oral argument would not materially assist the determination of his appeal. See, Ray v Norris, 372 U.S. 391, 400-83 S.Ct. 822, 9 L.Ed. 2d 837 (1963) Fed. R. App. P. 34 (A)¹; Cir. R. 34, 19. In Section 2243 Imposes a specificity duty of Court to Summarily hear and dispose of habeas in petition § Tn. Code Ann § 40-30-105(C)

See Marcia v Broaddus, 200 F. Supp 2d at 94-95
Bishop v. United States, 350 US 961, 100 L.Ed. 835, 76 S.Ct. 440 (Feb. 27, 1956)

Shahued Muhammad v. Dipaulo, 393 F. Supp 2d 80, 93-94 (N. Miss 2005)
See also:
Muhammad v. McMickens, 708 F. Supp 607, 608, 610 (S.D.N.Y. 1984) Evidence that halal food was not actually pre-pared in a manner consistent with the dictates of the plaintiff's religion established issues of fact precluding summary judgment; Louis Vuitton Malletier v. Dooney & Burke, Inc., 454 F.3d 108, 114 (2nd Cir. 2006) plaintiff must show "clear or substantial" likelihood of success to obtain Mandatory injunction

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❑   No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

(blank lines)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: _____

_____

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on __11/22/2023__ (date).

*[signature]*
Signature of Petitioner

ON this 22st day of November, 2023, the above person signed this document.  */s/ Grady*

[Notary seal: W M GRADY, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF TROUSDALE, My Comm. Expires August 27, 2025]

---

*(...continued)
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

3-30-11
DN

IN THE CRIMINAL COURT OF SHELBY COUNTY, TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS
DIVISION 4

| STATE OF TENNESSEE | ) | No. 10 07557 |
| --- | --- | --- |
| Vs. | ) | Charge(s): Rape of CMV |
| Courtney Perry, Defendant | ) | Set: 4-28-11 |

## ORDER DIRECTING FORENSIC EVALUATION BY
## WEST TENNESSEE FORENSIC SERVICES, INC.
## UNDER T.C.A. § 33-7-301(a)

The cause was heard on 3/29/11 before the Honorable Blackett, Judge of Division 4, of the Criminal Court of Shelby County, upon the petition of Samuel Hamil PA, under T.C.A. § 33-7-301(a) that the defendant be referred to WEST TENNESSEE FORENSIC SERVICES, INC. (hereinafter WTFS) for the following forensic evaluation(s): **(Check one or both:)**

☑ Competency to Stand Trial: Whether the defendant understands the nature of the legal process and the charges pending against him; whether the defendant recognizes the consequences that can follow from the charges; and whether the defendant is capable of assisting counsel and participating in his/her own defense.

☑ Mental Condition at the Time of the Crime (Insanity Defense): Whether, at the time of the commission of the act(s) constituting the offense, the defendant as a result of a severe mental disease or defect, was unable to appreciate the nature or wrongfulness of such act(s). The term "mental disease or defect" does not include any abnormality manifested only by repeated criminal or otherwise antisocial conduct.

**Therefore, it is ORDERED:**

1. That WTFS perform the evaluations indicated above and report its findings to this Court.

2. That the Court Clerk provides WTFS with a copy of this order, and the Clerk pay immediately upon receipt of a monthly invoice from WTFS.

3. That the district attorney general, defense attorney and sheriff provide pertinent information to WTFS for the above indicated evaluations.

Approved for Entry

_____
Defense Attorney

_____
District Attorney General

Entered this ___ day of March, 2011.

_____
JUDGE, Division

FILED 3-29-11
KEVIN P. KEY, CLERK
BY _____ D.C.

CC7-35

Courtney Perry

#C11-232

Summary: An attempt was made to evaluate Mr. Perry at the request of his attorney due the threats being made by Mr Perry to Mr. Memula. Mr Perry came into interview room and was mute. He would only look at me and would not respond to questions. I have called Jail Mental Health to get an update on Mr. Perry. I left a message for Dr. Gross to call me back.

Debbie Nichols, LCSW

*Courtney Perry*

Dr. Andy Gross from Jail Mental Health reported that Courtney Perry carries the following diagnoses:

Mood D/O NOS, Psychotic D/O NOS, and a R/O Malingering. There is a strong possibility of this malingering diagnosis. He is on Risperdal, Celexa, Trazedone.

*counsel read off*

*Debbie Nichols, LCSW*