# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

COURTNEY PERRY,

   Petitioner,

v.                                         No. 2:23-cv-02762-MSN-tmp

SHELBY COUNTY CRIMINAL
JUSTICE CENTER PROSECUTOR'S
OFFICE, ET AL.,

   Respondents.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *Pro Se* "Petition for Invidious Discrimination or Suffering Defect Viability Mental Health of a Sever[e] Mental Disease for Summary of Judgement of Government Prosecutor Misconduct of Judgment" (ECF No. 1), filed December 6, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Order of Dismissing Case Without Prejudice (ECF No. 6), entered April 2, 2024, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE


April 02, 2024
Date